EDWINA S. WILLIAMS, as Executrix of ELIZA M. SEARLES, Deceased, Appellant, *v.* WILLIAM B. MEAD, Respondent.

(Argued April 16, 1929; decided April 30, 1929.)

*William L. Rumsey* and *William R. Kellogg* for appellant.

*Henry R. Barrett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.